No. 00–822.  KREMEN v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 00–826.  THOMPSON v. PETE'S BREWING CO.  C. A. 4th Cir. Certiorari denied.

No. 00–830.  WIRTH v. COLLEGE OF THE OZARKS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–834.  KINNEY v. UNITED STATES; and
No. 00–7097.  KELLY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 211 F. 3d 13.

No. 00–835.  MORSE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–840.  BROWN v. UTAH.  Ct. App. Utah.  Certiorari denied.

No. 00–841.  MARKHAM ET AL. v. COMSTOCK ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 00–847.  JOHNSON ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–857.  MAJESKE ET AL. v. CITY OF CHICAGO ET AL. C. A. 7th Cir.  Certiorari denied.

No. 00–859.  ALLERHEILIGEN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–865.  DUNCAN v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 00–875.  PRITT v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 00–877.  KESSLER v. CRICHTON ET AL.  C. A. 8th Cir. Certiorari denied.

No. 00–885.  SANFORD ET AL. v. GARDENOUR.  C. A. 6th Cir. Certiorari denied.

No. 00–887.  JACKSON v. COHEN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.